Della M. VERDICT, Respondent,

v.

Kenneth T. VERDICT, Appellant.

No. WD 34718.

Missouri Court of Appeals,
Western District.

May 1, 1984.

John W. Dennis, Jr., Robert C. Paden, Independence, for appellant.

John J. Phillips, Independence, for respondent.

Before SHANGLER, P.J., and KENNEDY and LOWENSTEIN, JJ.

ORDER

PER CURIAM:

Appeal from the marital property distribution portion of a dissolution decree.

Affirmed. Rule 84.16(b).